# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CIV-21-01136-JD |
| | ) |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al., | ) ) ) |
| | ) |
| Defendants. | ) |

## RECUSAL ORDER

Under 28 U.S.C. § 455, I recuse from the above-referenced case and direct the Clerk of the Court to place this case number in the random draw for reassignment to another Judge of the Court.

IT IS SO ORDERED this 3rd day of December 2021.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE