# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> -vs- ) <br> ) <br> JOSEPH R. BIDEN, JR., in his ) <br> official capacity as President of the ) <br> United States, et al., ) <br> ) <br> Defendants. ) | Case No. CIV-21-1136-F |

## NOTICE TO THE PARTIES AND COUNSEL

With the filing of a certificate of service on this date, the court will have certainty, as of 2:00 p.m. on Monday, December 13, as to whether an objection is lodged pursuant to the notice at doc. no. 18 in this case. Court staff will notify all counsel if an objection is lodged. In the absence of such an objection, Judge Friot will hold a status and scheduling conference at 4:00 p.m. on December 13, per doc. no. 19. Appearance by telephone will be permitted.

Dated this 8th day of December, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-1136p005.docx