IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*,<br><br>　　　　　　　*Plaintiffs*,<br>　　v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>　　　　　　　*Defendants*. | Case No: 5:21-cv-01136-F |

**PLAINTIFFS' NOTICE OF NEW AUTHORITY**

On January 21, 2022, the U.S. District Court for the Southern District of Texas issued a nationwide injunction with respect to the vaccine mandate imposed on federal employees pursuant to Executive Order 14043. *See Feds for Medical Freedom v. Biden*, No. 3:21-cv-356, 2022 WL 188329 (S.D. Tex. Jan. 21, 2022), *notice of appeal filed* (Jan. 21, 2022) (Ex. 1). The court rejected the proferred statutory bases for the mandate, U.S.C. §§ 3301, 3302, and 7301, and the argument that Article II confers authority on the President to order all federal employees to be vaccinated.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Mithun Mansinghani
　　　　　　　　　　　　　　　　 *Solicitor General*
　　　　　　　　　　　　　　　　OFFICE OF THE ATTORNEY GENERAL
　　　　　　　　　　　　　　　　OF THE STATE OF OKLAHOMA
　　　　　　　　　　　　　　　　313 NE 21st Street
　　　　　　　　　　　　　　　　Oklahoma City, OK 73105
　　　　　　　　　　　　　　　　(405) 521-3921
　　　　　　　　　　　　　　　　Mithun.mansinghani@oag.ok.gov

　　　　　　　　　　　　　　　　*/s/ Gene C. Schaerr*
　　　　　　　　　　　　　　　　Gene C. Schaerr*
　　　　　　　　　　　　　　　　H. Christopher Bartolomucci*
　　　　　　　　　　　　　　　　Riddhi Dasgupta*

          Brian J. Field*
          SCHAERR | JAFFE LLP
          1717 K Street NW, Suite 900
          Washington, DC 20006
          (202) 787-1060
          gschaerr@schaerr-jaffe.com
          cbartolomucci@schaerr-jaffe.com
          sdasgupta@schaerr-jaffe.com
          bfield@schaerr-jaffe.com
          * Admitted *pro hac vice*

*Counsel for Plaintiffs The State of Oklahoma; J. Kevin Stitt, Governor of Oklahoma; John M. O'Connor, Attorney General of Oklahoma; and 16 Oklahoma National Guard Members*

Dated: January 25, 2022