IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   January 31, 2022

| | |
|---|---|
| STATE OF OKLAHOMA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | Case No. CIV-21-1136-F |
| ) | |
| JOSEPH R. BIDEN, JR., in his official ) | |
| capacity as President of the United States, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ENTER ORDER:

The status/scheduling conference set for February 3, 2022, at 10:45 a.m., is hereby **STRICKEN**, to be reset at a later date.   The January 31, 2022 deadline for the filing of a joint status report is likewise **STRICKEN**, to be reset.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By:_____s/ Lori Gray_____
Deputy Clerk

cc:   all parties

21-1136p009.docx