IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   February 1, 2022

| | |
|---|---|
| STATE OF OKLAHOMA, et al.,<br><br>             Plaintiffs,<br><br>-vs-<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,<br><br>             Defendants. | Case No. CIV-21-1136-F |

ENTER ORDER:

The court will soon be entering an order on the pending motion for protective order, doc. no. 40. That order may have an effect on the issues to be addressed by way of the defendants' response (presently due on February 4, 2022) to the amended complaint. Consequently, the court, sua sponte, extends the due date for defendants' response to the amended complaint (or to any amended pleading filed as a result of the court's order on the motion for protective order) to February 23, 2022.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

                                                           Carmelita Reeder Shinn, Clerk

                                                           By:_____s/ Lori Gray_____
                                                                          Deputy Clerk

cc:   all parties

21-1136p010.docx