IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*,<br><br>　　　　　　　　　*Plaintiffs*,<br>　　v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　　　　*Defendants*. | Case No: 5:21-cv-01136-F |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants submit this notice of supplemental authority to alert the Court of a recently issued opinion. *Abbott v. Biden*, No. 6:22-CV-00003, 2022 WL 2287547 (E.D. Tex. June 24, 2022), *appeal noticed* (June 29, 2022). Just as in this case, plaintiffs in *Abbott v. Biden* raise legal challenges to federal authority to regulate the National Guard. *Id.* Those plaintiffs moved for a preliminary injunction, and on June 24, 2022, the Eastern District of Texas denied their motion. *Id.*

Dated: July 1, 2022

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Brian M. Boynton
　　　　　　　　　　　　　　　　　　*Principle Deputy Assistant Attorney General*
　　　　　　　　　　　　　　　　　　Anthony J. Coppolino
　　　　　　　　　　　　　　　　　　*Deputy Director*
　　　　　　　　　　　　　　　　　　Christopher R. Hall
　　　　　　　　　　　　　　　　　　Carlotta P. Wells
　　　　　　　　　　　　　　　　　　*Assistant Directors*

　　　　　　　　　　　　　　　　　　*/s/ Zachary A. Avallone*
　　　　　　　　　　　　　　　　　　Steven A. Myers

Andrew E. Carmichael
*Senior Trial Counsels*
Zachary A. Avallone (D.C. Bar No. 1023361)
Joseph J. Demott
Courtney D. Enlow
Cody T. Knapp
R. Charlie Merritt
Kenzie K. Overing
*Trial Attorneys*
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-2705
E-mail: zachary.a.avallone@usdoj.gov

*Counsel for Defendants*