IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 5:21-cv-01136-F |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully submit as supplemental authority the attached decision in *American Federation of Government Employees Local 2586 v. Biden*, No. 21-1130 (W.D. Okla. July 22, 2022) (Palk, J.), which holds that a challenge by federal civilian employees to Executive Order 14043 is precluded by the Civil Service Reform Act.

Dated: July 25, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

CHRISTOPHER R. HALL
CARLOTTA P. WELLS
Assistant Directors

/s/ *Steven A. Myers*
STEVEN A. MYERS (NY 4823043)
ANDREW E. CARMICHAEL
Senior Trial Counsels
ZACHARY A. AVALLONE

1

JOSEPH J. DEMOTT
COURTNEY D. ENLOW
CODY T. KNAPP
R. CHARLIE MERRITT
KENZIE K. OVERING
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8648
E-mail: steven.a.myers@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

On July 25, 2022, I electronically submitted this document to the clerk of court for the U.S. District Court for the Western District of Oklahoma using the electronic case filing system of the Court. I certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Steven A. Myers*
STEVEN A. MYERS