# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA, *et al.*,

          *Plaintiffs*,

v.

JOSEPH R. BIDEN, JR., *et al.*,

          *Defendants*.

Case No: 5:21-cv-01136-F

## PLAINTIFFS' NOTICE OF NEW AUTHORITY

On July 27, 2022, the United States District Court for the Southern District of Ohio granted a class-wide and nationwide preliminary injunction against the United States Air Force with respect to the COVID-19 vaccine mandate. *See Doster v. Kendall*, No. 1:22-cv-84, 2022 WL 2974733 (S.D. Ohio July 27, 2022) (Ex. 1). The class consists of "All active-duty, active reserve, reserve, national guard, inductees, and appointees of the United States Air Force and Space Force" who have submitted a religious accommodation request for exemption from the vaccine mandate, have either been denied or had no final action taken on their requests, and otherwise meet the class definition. The District Court's July 27, 2022 order extends to the class members a preliminary injunction that the court had issued on March 31, 2022. *See Doster v. Kendall*, No. 1:22-cv-84, 2022 WL 982299 (S.D. Ohio Mar. 31, 2022) (Ex. 2).

Respectfully submitted,

Zach West
*Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921
zach.west@oag.ok.gov

*/s/ Gene C. Schaerr*
Gene C. Schaerr*
H. Christopher Bartolomucci*
Brian J. Field*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com
* Admitted *pro hac vice*

*Counsel for Plaintiffs The State of Oklahoma; J. Kevin Stitt, Governor of Oklahoma; John M. O'Connor, Attorney General of Oklahoma; and 10 Oklahoma National Guard Members*

Dated:  July 28, 2022