# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | Case No. CIV-21-1136-F |
| ) | |
| JOSEPH R. BIDEN, JR., in his ) | |
| official capacity as President of the ) | |
| United States, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The court is in receipt of Defendants' Notice of Recission of DOD COVID-19 Vaccination Requirement. Doc. no. 71. In light of the Secretary of Defense's recission of the COVID-19 vaccine requirement, plaintiffs are **DIRECTED** to show cause, within 10 days from the date of this order, why this declaratory and injunctive relief action should not be dismissed as moot (in its entirety or at least partially). Defendants may file any response to plaintiffs' filing within 10 days thereafter.

Dated this 17th day of January, 2023.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-1136p018.docx