IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA, *et al.*,

        *Plaintiffs*,

v.

JOSEPH R. BIDEN, JR., *et al.*,

        *Defendants*.

Case No: 5:21-cv-01136-F

**PLAINTIFFS' STATUS REPORT**

As the Plaintiffs stated in their February 3, 2023 Response to Order to Show Cause (Doc. 75), the three State Plaintiffs—the State of Oklahoma, Governor Kevin J. Stitt, and Attorney General Gentner F. Drummond—intend to voluntarily dismiss their claims in this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a). Additionally, as the Plaintiffs explained, the State Plaintiffs have been conferring with the Individual Plaintiffs to determine which of them wish to voluntarily dismiss their claims. Several of the Individual Plaintiffs have concluded that they will do so—Michael Coloney, David Gritsavage, Gregory Kennedy, Christopher Lott, Justin Phillips, Christopher Turner, and Larissa Randell. These Plaintiffs are concurrently filing a notice of voluntary dismissal. For the remaining Individual Plaintiffs, they propose filing another status report with the Court by March 3, 2023, if they have not filed notices of voluntary dismissal by that point.

February 17, 2023                    Respectfully submitted,

                                                                Zach West
                                                                  *Director of Special Litigation*
OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921
zach.west@oag.ok.gov

*/s/ H. Christopher Bartolomucci*
Gene C. Schaerr*
H. Christopher Bartolomucci*
Brian J. Field*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs*