IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*,<br><br>        *Plaintiffs*,<br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>        *Defendants*. | Case No: 5:21-cv-01136-F |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs the State of Oklahoma, Governor Kevin J. Stitt, Attorney General Gentner F. Drummond, Michael Coloney, David Gritsavage, Gregory Kennedy, Christopher Lott, Justin Phillips, Christopher Turner, and Larissa Randell voluntarily dismiss their claims without prejudice.

February 17, 2023

Respectfully submitted,

Zach West
 *Director of Special Litigation*
OFFICE OF THE ATTORNEY GENERAL
 OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921
zach.west@oag.ok.gov

*/s/ H. Christopher Bartolomucci*
Gene C. Schaerr*
H. Christopher Bartolomucci*
Brian J. Field*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060

gschaerr@schaerr-jaffe.com
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs*