IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*,<br><br>                              *Plaintiffs*,<br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>                              *Defendants*. | Case No: 5:21-cv-01136-F |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff James Goeppinger voluntarily dismisses his claims without prejudice.

March 3, 2023

Respectfully submitted,

Zach West
  *Director of Special Litigation*
OFFICE OF THE ATTORNEY GENERAL
  OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921
zach.west@oag.ok.gov

*/s/ H. Christopher Bartolomucci*
Gene C. Schaerr*
H. Christopher Bartolomucci*
Brian J. Field*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com
*Admitted *pro hac vice*

*Counsel for Plaintiffs*