IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>*Defendants*. | Case No: 5:21-cv-01136-F |

**PLAINTIFFS' STATUS REPORT**

Plaintiffs stated in their February 3, 2023 Response to Order to Show Cause (Doc. 75) that the three State Plaintiffs—the State of Oklahoma, Governor Kevin J. Stitt, and Attorney General Gentner F. Drummond—intended to voluntarily dismiss their claims in this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a). The Plaintiffs subsequently stated in their February 17, 2023 Status Report (Doc. 77) that the majority of the Individual Plaintiffs also intended to voluntarily dismiss their claims in this action without prejudice pursuant to Rule 41(a). Accordingly, on February 17, 2023, the following State and Individual Plaintiffs dismissed their claims: the State of Oklahoma, Governor Kevin J. Stitt, Attorney General Gentner F. Drummond, Michael Coloney, David Gritsavage, Gregory Kennedy, Christopher Lott, Justin Phillips, Christopher Turner, and Larissa Randell. Additionally, on March 3, 2023, Plaintiff James Goeppinger voluntarily dismissed his claims.

Two of the Individual Plaintiffs have not voluntarily dismissed their claims. Plaintiffs will file another status report by March 17, 2023, if those two Individual Plaintiffs have not filed notices of voluntary dismissal by that point.

| | |
|---|---|
| March 3, 2023 | Respectfully submitted, |

Zach West
  *Director of Special Litigation*
OFFICE OF THE ATTORNEY GENERAL
  OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921
zach.west@oag.ok.gov

*/s/ H. Christopher Bartolomucci*
Gene C. Schaerr*
H. Christopher Bartolomucci*
Brian J. Field*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

2