IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*,<br><br>         *Plaintiffs*,<br><br>  v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>         *Defendants*. | Case No: 5:21-cv-01136-F |

**PLAINTIFFS' STATUS REPORT**

Plaintiffs previously reported that all but two of them had voluntarily dismissed their claims in this action. *See* Status Report (ECF No. 80). Plaintiffs file this status report to inform the Court that the two remaining Plaintiffs—Regina L. Gritsavage, M.D. and Matthew Guernsey—have also determined that they will voluntarily dismiss their claims. Accordingly, Plaintiffs are concurrently filing a final notice of voluntary dismissal, after which all claims will have been dismissed and this action should be closed.

March 7, 2023            Respectfully submitted,

                    Zach West
                     *Director of Special Litigation*
                    OFFICE OF THE ATTORNEY GENERAL
                     OF THE STATE OF OKLAHOMA
                    313 NE 21st Street
                    Oklahoma City, OK 73105
                    (405) 521-3921
                    zach.west@oag.ok.gov

*/s/ H. Christopher Bartolomucci*
Gene C. Schaerr*
H. Christopher Bartolomucci*
Brian J. Field*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs*