# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA, *et al.*,

<em>Plaintiffs</em>,

v.

JOSEPH R. BIDEN, JR., *et al.*,

<em>Defendants</em>.

Case No: 5:21-cv-01136-F

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Matthew Guernsey and Regina L. Gritsavage, M.D. voluntarily dismiss their claims without prejudice.

March 7, 2023

Respectfully submitted,

Zach West
 *Director of Special Litigation*
OFFICE OF THE ATTORNEY GENERAL
 OF THE STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921
zach.west@oag.ok.gov

<u>/s/ H. Christopher Bartolomucci</u>
Gene C. Schaerr*
H. Christopher Bartolomucci*
Brian J. Field*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

2